UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
                                    *
JO-ANNA RUTHERFORD,                 *
                                    *
         Plaintiff,                 *
                                    *   CIVIL ACTION NO. 3:13-CV-30056-MAP
v.                                  *
                                    *
NEW ENGLAND ORTHOPEDIC              *
SURGEONS ADMINISTRATION,            *
                                    *
                                    *
         Defendant.                 *
                                    *
*************************************
```

### DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT

Pursuant to Fed. R. Civ. P. 12(e), the Defendant, New England Orthopedic Surgeons, Inc., ("Defendant or NEOS") moves the Court for an order requiring the Plaintiff, Jo-Anna Rutherford, to make a more definite statement of her Complaint. Plaintiff's Complaint is so vague and ambiguous that Defendant cannot reasonably respond to it. More specifically, as set forth more fully in its Memorandum of Law, the Defendant requests that Plaintiff enumerate her legal claims in separate and distinct counts so that the Defendant may understand the legal claims leveled against it and can respond accordingly.

Respectfully Submitted,

*Allowed without opposition. Plaintiff will file a more definite statement, setting forth her claims as separate counts, on or before July [ ], 2013. Failure to file the statement will result in dismissal of the complaint. So ordered.*
*Michael A. Ponsor USDJ 6·26·*

/s/ Amelia J. Holstrom
Amelia J. Holstrom, Esq.
BBO No. 681710
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941
E-Mail: aholstrom@skoler-abbott.com

Dated: May 6, 2013